**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x   Civil Action No.: CV-06-1135(FB)

UNITED STATES OF AMERICA,   §
   §
               Plaintiff,   §
- against-   §
   §
EUGENE CHMURA a/k/a   §
EUGENE E. CHMURA a/k/a   §
EUGENIE CHMURA,   §
               Defendant.   §

---------------------------------------------------------x

## DEFAULT JUDGMENT

Because Eugene Chmura failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Eugene Chmura:

**Claim No. C106-00148**

| | |
|---|---|
| Principal Balance: | $48,821.44 |
| Total Interest Accrued at 9.000%: | $42,454.73 |
| Filing and Service of Process: | $285.00 |
| Subtotal: | $91,561.17 |
| Attorney's Fees: | $500.00 |
| Total Owed: | $92,061.17 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
7/6, 2006

                                       Frederic Block
                                       United States District Judge